IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TERRANCE HALL**                                                                                                                    **PLAINTIFF**

**V.**                                **CIVIL ACTION NO. 4:22-CV-3-DMB-DAS-DAS**

**TOWN OF GUNNISON, MISSISSIPPPI**                                                      **DEFENDANT**

## **ORDER**

The plaintiff has moved to compel responses to discovery propounded to the defendant, Town of Gunnison, Mississippi. The plaintiff in this matter is proceeding pro se. While the court does not expect a layperson to draft motions and documents to the standard expected of attorneys, he is responsible for making himself familiar with both the Federal Rules of Civil Procedure and the Local Rules of this court which are available on the court's website at https://www.msnd.uscourts.gov/forms/uniform-local-civil-rules. The motion filed by the plaintiff does not comply with the rules of the court and the plaintiff has failed to abide by the procedures set forth in the local rules for resolving discovery disputes. The motion is therefore denied without prejudice.

SO ORDERED this the 10th day of August, 2022.

                                                        **/s/ David A. Sanders**
                                                        **UNITED STATES MAGISTRATE JUDGE**